Form 704-8A
Rev. 1/05

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

RECEIVED AND FILED
AT ROANOKE VIRGINIA

2011 JAN -5  P 3: 43

JOHN W.L. CRAIG II, CLK
U.S. BANKRUPTCY COURT
BY _____
DEPUTY CLERK

In re: )
)
JACKSON, LENORE F. )    Case No. 237-01-04141-RKR
)
)
Debtor(s) )    Chapter 7
)

**AMENDED**
**TRANSMITTAL OF UNCLAIMED FUNDS**

Comes now the undersigned trustee and reports as follows:

1. Funds have remained unclaimed for longer than 90 days after the final dividend was declared and distributed in the above case. The bank on which these checks are drawn has been instructed to stop payment on said checks.

2. The trustee's check[1] payable to the Clerk, U.S. Bankruptcy Court, for the unclaimed funds is attached hereto with the request that such funds be deposited in the U.S. Treasury, or the local Registry Account.

3. The trustee has indicated the name, address, and amount due each creditor on the attached.

Dated: January 5, 2011

/s/ Evelyn K. Krippendorf
_____
EVELYN K. KRIPPENDORF, Trustee
354 WEST CAMPBELL AVENUE
ROANOKE,, VA 24016
(540) 982-8499

---

[1] A separate check payable to the Clerk must be issued for unclaimed dividends less than $25.00 per creditor, which is payable directly to the U.S. Treasury. For those over $25.00 per creditor, a separate check is required which is deposited to the local Registry Account.

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 237-01-04141 RKR |
| | ) | CHAPTER 7 |
| LENORE F. JACKSON | ) | |
| | ) | AMENDED |
| Debtor. | ) | TRANSMITTAL OF UNCLAIMED |
| | ) | FUNDS |
| | ) | |

| Claimant | Address | Claim No. | Amount Due |
|---|---|---|---|
| First National Bank | PO Box 600<br>Christiansburg, VA 24068 | 1 | $262.04 |

#54